# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ATAIN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TOWER RESIDENCES )<br>CONDOMINIUM ASSOCIATION, and )<br>MUSEUM POINTE CONDOMINIUM )<br>ASSOCIATION, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:18-cv-02110 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff ATAIN INSURANCE COMPANY hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants THE TOWER RESIDENCES CONDOMINIUM ASSOCIATION and MUSEUM POINTE CONDOMINIUM ASSOCIATION.

Dated: June 8, 2018

Respectfully submitted:

**ATAIN INSURANCE COMPANY**

By: s/David T. Brown
David T. Brown
Jean Y. Liu
KAUFMAN DOLOWICH
& VOLUCK, LLP
135 S. LaSalle St., Ste. 2100
Chicago, IL 60603
T: (312) 646-6744
F: (312) 896-9403
Email: dbrown@kdvlaw.com
Email: jliu@kdvlaw.com